UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
NETRATINGS, INC.,

        Plaintiff,

v.

WHENU.COM, INC.,

        Defendant.
------------------------------x

: Civil Action No. 06-3356 (PKC)

## DECLARATION OF KARINE LOUIS

KARINE LOUIS hereby declares:

I am an associate at Dreier LLP, attorneys for Plaintiff NetRatings, Inc. ("NetRatings"). I submit this Declaration in support of NetRatings' Opening Claim Construction Brief and place the following true and correct copies of documents before the Court:

| **Description** | **Exhibit** |
| --- | --- |
| WhenU.com webpage, http://whenu.com/save.html | 1 |
| WhenU.com webpage, http://www.whenu.com/priv_save.html | 2 |
| Excerpts, *IBM Dictionary of Computing* (George McDaniel ed., 10th ed. 1993) | 3 |
| Excerpts, *McGraw-Hill Dictionary of Scientific and Technical Terms* (Sybil P. Parker ed., 5th ed. 1994) | 4 |
| Excerpts, *Webster's II New College Dictionary* (1995) | 5 |
| Excerpts, *The Merriam-Webster Dictionary* (1997) | 6 |
| Excerpts, *The New IEEE Standard Dictionary of Electrical and Electronics Terms* (Christopher J. Booth ed., 5th ed. 1993) | 7 |
| *The American Heritage Dictionary of the English Language* (4th ed. 2000), http://www.bartleby.com/61/22/E0102200.html | 8 |

| Description | Exhibit |
|---|---|
| http://www.bartleby.com/61/71/L0187100.html | |
| *Roget's II: The New Thesaurus* (3rd ed. 1995), http://www.bartleby.com/62/70/L0917000.html | 9 |
| Excerpts, *Microsoft Press Computer Dictionary* (3rd ed. 1997) | 10 |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2007

_____
Karine Louis